UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAMAR SANTISTEBAN CORTINA, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>Defendant. | Case No. 13-cv-2054 BAS (DHB)<br><br>**ORDER EXTENDING COMPLAINT DEADLINE** |

Having reviewed the parties' stipulation and Joint Motion For Extension of Time to Respond to the First Amended Complaint (ECF 30), and for good cause appearing, the Court hereby extends Defendant Wal-Mart, Inc.'s deadline to respond to the amended complaint to **August 28, 2014**.

**IT IS SO ORDERED.**

DATED: August 8, 2014

Hon. Cynthia Bashant
United States District Judge