David C. Allen (SBN 190479)
david.allen@btlaw.com
Kevin D. Rising (SBN 211663)
kevin.rising@btlaw.com
Sarah E. Johnston (SBN 259504)
sarah.johnston@btlaw.com
Jade F. Jurdi (SBN 273401)
jade.jurdi@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendant
Wal-Mart Stores, Inc., erroneously sued and
served as Wal-Mart, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAMAR SANTISTEBAN CORTINA, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.  13CV2054 BAS DHB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:         September 29, 2014<br>Time:         10:30 am<br>Judge:        Hon. Cynthia Bashant<br>Courtroom:    4B |

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

13CV2054

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 29, 2014 at 10:30 a.m., in Courtroom 4B of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, Defendant Wal-Mart Stores, Inc. will move the Court for an order dismissing Plaintiff's First Amended Complaint pursuant to Rules 12(b)(6), 8, and 9(b) of the Federal Rules of Civil Procedure, on the grounds that each of the claims for relief fails to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all pleadings, papers and records on file herein, and such oral argument as may be presented at the hearing on this Motion.

Dated:   August 28, 2014   Barnes & Thornburg LLP
David Allen
Kevin D. Rising
Sarah E. Johnston
Jade F. Jurdi


By: s/David C. Allen
        Attorneys for Defendant Wal-Mart Stores, Inc.
        E-mail: david.allen@btlaw.com

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On August 28, 2014, I served a copy of the within document(s):

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

[x] I caused the documents to be electronically filed with the Clerk of the Court through CM/ECF System, and that CM/ECF System will send a notice of electronic filing to the parties noted on the attached Electronic Mail Notice List.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2014, at Los Angeles, California.

David B. Kirvan

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

13CV2054

# Mailing Information for a Case 3:13-cv-02054-BAS-DHB Cortina v. Wal-Mart, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John J. Fitzgerald , IV**
  jack@jackfitzgeraldlaw.com

- **Sarah Elizabeth Johnston**
  sjohnston@btlaw.com,bprice@btlaw.com

- **Jade Jurdi**
  jade.jurdi@btlaw.com,david.kirvan@btlaw.com

- **Ronald Marron**
  ron@consumersadvocates.com,amanda@consumersadvocates.com,noemi@consumersadvocates.com

- **Beatrice Skye Resendes**
  skye@consumersadvocates.com

- **Kevin Dale Rising**
  kevin.rising@btlaw.com,david.kirvan@btlaw.com

- **Alexis M. Wood**
  alexis@consumersadvocates.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David            C Allen
Akin Gump Strauss Hauer and Feld
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
```